- 10 -

## EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL LARROW,<br><br>                                            Plaintiff,<br><br>- against -<br><br>CVPH MEDICAL CENTER and DOROTHY RENADETTE,<br><br>                                            Defendants. | STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Civil Action No. 10-cv-584 |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action is dismissed, with prejudice, and without costs to any party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Date: November 18, 2010

**NIXON PEABODY LLP**

_____
By: Vincent E. Polsinelli

677 Broadway, 10th Floor
Albany, New York 12207
Phone: (518) 427-2650
vpolsinelli@nixonpeabody.com

*Attorneys for Defendants*

Dated: November 18, 2010

**THE LAW FIRM OF ERIC ANDREW SUFFIN**

_____
By: Eric Andrew Suffin

160 West 71st Street, Suite 2B
New York, NY 10023-3945
Phone: (212) 362-5555
es@suffinlaw.com

*Attorneys for Plaintiff*

132231602

IT IS SO ORDERED:

_____
Glenn T. Suddaby
U.S. District Judge
Dated: 12/15/10